### A-B Produce Company v. Pennsylvania Railroad, Appellant.

Argued May 5, 1930.

Before Trexler, P. J., Keller, Linn, Gaw-throp, Cunningham and Baldrige, JJ.

*Robert D. Dalzell* of *Dalzell, Dalzell & McFall,* for appellant.

*J. Thomas Hoffman* and with him *Guy B. Hoge,* for appellee.

Opinion by Baldrige, J., July 10, 1930:

The facts in this appeal are substantially the same as in the appeals of Ray Muth et al., to Nos. 208 and 209, April T., 1930. For the reasons set forth in the opinion this day filed, judgment of the lower court is affirmed.